IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LATTIMORE,

    Petitioner,

v.                                                CASE NO. 5:11-cv-58-RS-GRJ

PAIGE A. AUGUSTINE,
WARDEN, FCI MARIANNA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

On May 23, 2011, the Court ordered Petitioner to show cause before June 3, 2011, as to why this case should not be dismissed for failure to comply with the Court's order to file three identical service copies of the Petition with the Court and to either pay the filing fee or move for leave to proceed as a pauper.  As of the date of this order, Petitioner has failed to respond to the show cause order.

Further, a review of the Federal Bureau of Prison's inmate locator website reflects that Petitioner was released from custody on April 29, 2011.  Petitioner has not yet filed a change of address with the Court despite his release from custody on April 29, 2011.  Because Petitioner is no longer in custody, he has achieved all of the relief which he requested in the Petition and to which he would have been entitled had this Court granted his petition.  The action is therefore moot unless there are collateral consequences that arise from Petitioner's conviction.  *Minor v. Dugger*, 864 F.2d 124, 125 (11th Cir. 1989) (citations omitted).

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 8th day of July 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**