IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LATTIMORE,

    Petitioner,

vs.                                                                     CASE NO. 5:11cv58/RS-GRJ

PAIGE A. AUGUSTINE, Warden
of FCI Marianna,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Petitioner's failure to comply with an Order of the court and failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on August 16, 2011.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**